IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888
FAX: (818) 325-2890
ireneruzin@gmail.com

Attorney for Plaintiff, DELLA DENISE FISHER,

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DELLA DENISE FISHER,<br><br>　　　Plaintiff,<br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　Defendant. | Case No.: CV 16-09244 JC<br><br>ORDER<br>AWARDING EAJA FEES |

　　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of FOUR THOUSAND SEVEN HUNDRED FIFTY DOLLARS ($4,750.00) (the "AGREED AMOUNT") as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: September 6, 2017

　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　Jacqueline Chooljian
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE